UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN MASSACHUSETTS

_____

IN RE:                                             CHAPTER 7
Robert E. Lucier,                                  CASE NO. 12-40349-MSH
   Debtor
_____

Robert E. Lucier,
   Plaintiff

vs.                                                ADVERSARY PROCEEDING
                                                   NO. 12-4048-MSH

The US Dept. of Education and
ECMC,
   Defendants
_____

## JOINT STIPULATION FOR
## DISMISSAL OF THIS PROCEEDING WITHOUT PREJUDICE

NOW COME the Plaintiff, Robert E. Lucier ("Plaintiff"), and the Defendant, Educational Credit Management Corporation ("ECMC"), and do hereby jointly stipulate that this proceeding be dismissed without prejudice.

The parties note that the Plaintiff has been conditionally approved for an administrative discharge of all of his ECMC held student loan debt through a program administered by the United States Department of Education. As such, the parties do not see a need at this time to litigate this matter any further, as it is expected that the said administrative discharge process for the Plaintiff's student loan debt will resolve this matter.

Pursuant to Local Rule 9019-1(c) a motion to approve this stipulation is not required

Respectfully submitted,

| | |
|---|---|
| Educational Credit Management Corporation | Robert E. Lucier, |
| By its attorney, | By his attorney, |
| /s/ John F. White_____ | /s/ Paul A. LaRoche (by JFW) |
| John F. White, Esq.  BBO# 558367 | Paul A. LaRoche, Esq. |
| jwhite@lipmanwhite.com | Law Office of Paul A. LaRoche |
| Lipman & White | P.O. Box 504 |
| 1212 Hancock Street, Ste. 130 | 338 Elm Street, |
| Quincy, MA 02169 | Gardner, MA 01440 |
| Tel. 617-328-5600 | |

-2-

## CERTIFICATE OF SERVICE

I, John F. White, attorney for ECMC hereby certify that I have served a copy of this Joint Stipulation on the plaintiff's attorney via electronic notice on June 29, 2012.

                              /s/ John F. White_____
                              John F. White, Esq.


Paul A. LaRoche, Esq.
Law Office of Paul A. LaRoche
P.O. Box 504
338 Elm Street
Gardner, MA 01440